1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERYL CHANDLER, | Case No. 13-cv-2176-W (KSC) |
| Plaintiff, | **ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE [DOC. 11]** |
| v. | |
| GC SERVICES, L.P., | |
| Defendant. | |

Pending before the Court is the parties' joint motion to dismiss this action with prejudice.  Having read the moving papers, and good cause appearing, the Court **GRANTS** the joint motion, and **DISMISSES WITH PREJUDICE** the complaint in its entirety.  (Doc. 11.)  Each party shall bear its own attorneys' fees and costs.  The Clerk of the Court shall close this case.

**IT IS SO ORDERED.**

**DATE: January 15, 2014**

_____
**HON. THOMAS J. WHELAN**
United States District Court
Southern District of California